AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois



JUL **1 9** 2024

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched* <br> *or identify the person by name and address)* <br> U.S. Postal Service Priority Mail Parcel <br> # 9405 5361 0553 6497 6126 07 currently in the <br> custody of the U.S. Postal Inspection Service | )<br>)<br>)  Case No. 24-MJ- 7136<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated by reference.

located in the _____ **Central** _____ District of _____ **Illinois** _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and Distribution of a Controlled Substance |
| 18 U.S.C. § 1952(a)(1) | Using the U.S. Mail to Distribute the Proceeds of Criminal Activity |

The application is based on these facts:

See Affidavit of Postal Inspector TFO Jonathan D. Haley, USPIS attached hereto and incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

### Redacted

*Applicant's signature*

Postal Inspector TFO Jonathan D. Haley, USPIS

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ **electronic mail and telephone** _____ *(specify reliable electronic means)*.

Date:  7/19/2024

**Eric Long** Digitally signed by Eric Long
Date: 2024.07.19 14:24:35 -05'00'

*Judge's signature*

City and state:  Urbana, Illinois

Eric I. Long, Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>U.S. Postal Service Priority Mail Parcel<br># 9405 5361 0553 6497 6126 07 currently in the<br>custody of the U.S. Postal Inspection Service | Case No. 24-MJ-<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

Jonathan D. Haley, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.       I am a Special Agent with the Illinois State Police currently assigned to the United States Postal Inspector Service Contraband Interdiction and Investigations as a Task Force Officer (TFO). I have been employed with the Illinois State Police since March of 2020 where I spent time as a full-time narcotics investigator with the Vermilion County Metropolitan Group (VMEG). Prior to the Illinois State Police, I was employed with the Vermilion County Sheriff's Department as a Sheriff's Deputy beginning in September of 2013 and assigned to investigations in February of 2018. In my law enforcement career, I have worked an extensive number of criminal cases including narcotics investigations. As a Special Agent with the Illinois State Police, I received training in investigating violations of federal statutes, and I am responsible for conducting investigations regarding such criminal violations. As a U.S. Postal Inspector TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The Springfield Multi-

Functional Team, partnered with the Contraband Interdiction and Investigations unit, has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity. My combined 6 years as a criminal investigator has included numerous criminal investigations, the execution of search warrants and the seizure of contraband. My assignment with the USPIS has provided me with valuable insight into how controlled substances or the proceeds of controlled substances are shipped through the U.S. Postal Service (USPS) and how the USPS is used as a tool by individuals or groups to facilitate drug trafficking.

2.     The facts set forth in this affidavit are based on my personal knowledge and investigation. This affidavit is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

3.     I make this affidavit in support of an application for a search warrant for the U. S. Postal Service Priority Mail  parcel #9405 5361 0553 6497 6126 07, hereinafter referred to as **Subject Parcel**. The **Subject Parcel** is further described in **Attachment A.** The investigation has revealed that the parcel contains similar attributes to that of parcels previously found to contain controlled substances or proceeds/payments from the sale of controlled substances. Accordingly, I believe there is probable cause that the parcel to be searched contains evidence, contraband, or property in violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and the distribution of controlled

substances) and 18 U.S.C. § 1952(a)(1) (using the mail to distribute the proceeds of criminal activity). Upon execution of the search warrant, I will provide the court with documentation of my findings.

4.      Since this affidavit is being submitted for the limited purpose of securing an application for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## BACKGROUND

5.      Experience, training and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed, reliability, free telephone and Internet parcel tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business to business, correspondence. Intelligence from prior parcels, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail is seldom used for individual-to-individual correspondence.

6.      In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of controlled substances. The USPIS conducted an analysis of prior parcels

mailed through overnight delivery services, which were found to contain controlled substances or proceeds/payments of controlled substance sales. The analysis of prior parcels, which were found to contain controlled substances or proceeds/payments, indicated that these labels are usually from an individual to an individual. However, it is increasingly more common to have overnight delivery parcels display a business or company name and contain narcotics or proceeds. In these instances, the sender information was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

7.     Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet), as well as the investigation of other similar dark web marketplaces, the USPIS learned that unknown persons posted intelligence on dark web related websites warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds parcels, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Since these postings, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds parcels. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most

narcotics/narcotics proceeds parcels.  In some instances, however, drug traffickers will purchase postage with cryptocurrency to conceal payment. I am aware of several online services that offer postage for sale and accept cryptocurrency for payment. Based on my training and experience, I am aware individuals who offer illegal contraband for sale on dark web marketplaces frequently utilize such services in an attempt to remain anonymous.

8.      Furthermore, USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: parcel mailed from or addressed to a known narcotic source city; parcel has a fictitious return address; parcel addressee name is unknown at the destination address; parcel sender name is unknown at the return address; parcel has address information which is handwritten; parcel is mailed from a Commercial Mail Receiving Agency (CMRA); parcel is addressed to residential areas; parcel is addressed from an individual to an individual; parcels are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the parcel is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

9.      The United States Postal Inspection Service, Chicago Division, Contraband Interdiction Investigations Team has found the characteristics listed in paragraphs five, six, seven, and eight are indicative of parcels which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

## PROBABLE CAUSE

10.     On or about May, 2024, I was contacted by U.S. Postal Inspector Michael Todd in reference to the overdose death of Basil Riyad Wahab (M/W DOB: 08/24/1987) at his apartment located at 200 N. Dearborn St. Unit 1803, Chicago, IL 60601.  Chicago Police Department responded to Wahab's apartment finding him deceased.  Located within his residence, were a large quantity of various narcotics along with packaging materials consistent with the shipment of narcotics, through USPS, both to and from Wahab's residence.  Among these shipping materials, were unused print at home USPS Priority Mail labels with the sender address of "Gifts ?N' More" with a return address of 215 W. Washington St, Chicago, IL 60601.

11.     Upon a review of Postal Business records, U.S. Postal Inspectors observed three parcels sent to "Basil Wahab at 200 N. Dearborn St. Unit 1803, Chicago, IL 60601" from 1817 S. 9th St, Mattoon, IL 61938, two with a sender name of "Bargain Barn" and one with a sender name of "Thrifty Swifty for Less!".  These parcels were delivered to Wahab between January, 2024 and March, 2024.  Postage for all three parcels were paid for using an online service which allows customers to pay for postage using cryptocurrency, Easypost.com.  This online service allows senders to place any name or address as the sender/return address for the parcel.

12.     A subsequent review of a law enforcement database revealed "Bargain Barn" and "Thrifty Swifty for Less!" are not businesses associated with 1817 S. 9th St, Mattoon, IL 61938.

13.     A review of Postal Business records revealed five (5) USPS parcels were sent from "Gifts ?N' More 215 W. Washington, Chicago, IL 60601" to "Vickie Sloan 2001 Douglas Ave, Mattoon, IL 61938" between January, 2024 and March, 2024.

14.     On Thursday, July 18, 2024, upon a review of Postal Business Records, I discovered that USPS Priority Mail parcel #9405 5361 0553 6497 6126 07 (**Subject Parcel**) had been placed in the USPS mail stream. Postal Business Records indicate the **Subject Parcel** was mailed on July 17, 2024, at approximately 8:50 AM MDT from the Salt Lake City, UT post office and the parcel was addressed to 2001 Douglas Ave, Mattoon, IL 61938. Postage was paid for using an online service which allows customers to pay for postage using cryptocurrency, Easypost.com, and the weight listed for the **Subject Parcel** was approximately 1 pound 12.16 ounces.  I submitted a request to hold this parcel at the Champaign, Illinois, Processing and Distribution Center (P&DC) in an effort to intercept the **Subject Parcel** prior to it being delivered at its final destination in Mattoon, IL.

15.     On Friday, July 19, 2024, I received an alert via Postal Business records notifying me that the **Subject Parcel** had arrived at the Champaign, IL P&DC.  That same day, I intercepted and took custody of the **Subject Parcel** at the Champaign, IL P&DC located at 2001 N. Mattis Ave, Champaign, IL 61821.

16.     An examination of the **Subject Parcel** revealed it had been addressed from "Bradleys Furniture 2255 S 300 W, South Salt Lake, UT 84115" to an individual and was packaged in a USPS Priority Mail padded flat rate envelope measuring 9.5 inches by 12 inches. A subsequent review of a law enforcement database revealed the address listed as the sender address on the **Subject Parcel**, "2255 S 300 W, South Salt Lake, UT 84115", was currently associated with Bradley Downs Inc.  An open-source search of the sender address revealed "Utah Rustic Furniture by Bradley's" is located at 2255 S 300 W Unit B, Salt Lake City, UT 84115.

17.     A subsequent review of a law enforcement database revealed the recipient's name listed on the **Subject Parcel,** "Vickie Sloan**",** was currently associated with the recipient address, 2001 Douglas Ave, Mattoon, IL 61938.

18.     A review of Postal Business records revealed, since February 2024, 2001 Douglas Ave, Mattoon, IL 61938 has received approximately twenty-two (22) USPS parcels, all of which the sender name or business on the parcel was not associated with the sender address.  The postage for all twenty-two (22) parcels were paid for via Easypost.com.  The **Subject Parcel** was transported to the Illinois State Police Zone 5 Champaign office located at 2125 South First St., Champaign, IL.

19.     On Friday, July 19, 2024, I met with Trooper Stephen Feurer, with the Illinois State Police, and his canine partner "Loki" at the ISP Zone 5 Champaign Office. "Loki" is trained to detect the controlled substance odors of methamphetamine, cocaine, crack cocaine, and heroin. "Loki" is certified as a narcotics detection canine by the Illinois State Police K9 Section and was last certified in April of 2024.

20.     On Friday July 19, 2024, I was present at the ISP Zone 5 Champaign Office and observed the following. The Subject Parcel was placed among three (3) empty USPS Priority Mail flat rate packages of similar sizes, in an area not known to have been contaminated by a narcotic odor. Subsequently, Trooper Feurer had "Loki" search the area containing the Subject Parcel. Upon arriving at the **Subject Parcel**, Trooper Feurer advised that canine "Loki" gave a "Trained Final Response", by laying down at the **Subject Parcel** and was unable to be pulled away, indicating the presence of a narcotic odor. I observed "Loki" to not react in the same manner to the other three (3) empty boxes. The **Subject Parcel** remains in my custody at the ISP Zone 5 Champaign Office, located at 2125 S. First St, Champaign, IL.

21.     In summary, the **Subject Parcel** has the following characteristics which are consistent with parcels containing controlled substances/drug proceeds: the parcel received a positive alert from a narcotics trained canine indicating the presence of a narcotic odor; prior intelligence for the recipient address indicate the acceptance of parcels containing similar attributes to that of parcels previously found to contain controlled substances or proceeds/payments from the sale of controlled substance; and the postage for the parcel was paid for with cryptocurrency.

22.     The **Subject Parcel** measures approximately 9.5 inches by 12 inches, weighs approximately 1 pound 12.6 ounces and has a postage fee of $7.63. See **Attachment A** for a photo of the **Subject Parcel**.

## CONCLUSION

23.      Based on my training and experience and in conjunction with the overall investigation of the **Subject Parcel**, I believe the **Subject Parcel** may contain evidence of violations of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 1952(a)(1).

24.      Based on my training and experience, I know that fingerprints, DNA, or other evidence concerning the identity of the sender may be located inside the parcel.

25.      The **Subject Parcel** is currently in my custody at the Illinois State Police Zone 5 Champaign office located at 2125 South First St., Champaign, IL.

26.      I am requesting authorization to execute the warrant and open the **Subject Parcel** anytime in the day or night because the intrusion involved will not constitute an intrusion on any person or any premises.

27.      I submit that this affidavit supports probable cause for a search warrant. Upon execution of the search warrant I will provide the court with documentation of my findings.

## REQUEST FOR SEALING

28.      I further request that the Court order that all documents in support of this application, including the affidavit, search warrant and subsequent return, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.

Accordingly, there is good cause to seal these documents because their premature

disclosure may seriously jeopardize that investigation.

Respectfully submitted,

# Redacted

Postal Inspector/TFO Jonathan D. Haley
United States Postal Inspection Service

Attested to by the applicant by reliable electronic means, being telephone and electronic
mail, in accordance with Fed. R. Crim. P. 4.1 on this 19th day of July, 2024.

Eric Long
Digitally signed by Eric Long
Date: 2024.07.19 14:24:52
-05'00'

HONORABLE ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

| | |
|---|---|
| SUBJECT PARCEL: | ISP Zone 5 Champaign Office |
| | 2125 S First St, Champaign IL 61820 |
| USPS Tracking Number: | 9405 5361 0553 6497 6126 07 |
| Sender Address: | Bradleys Furniture |
| | 2255 S 300 W, South Salt Lake, UT 84115 |
| Recipient Address: | Vickie Sloan |
| | 2001 Douglas Ave, IL 61938 |
| Parcel Dimensions: | 9.5 inches x 12 inches |
| Parcel Weight: | 1 pound 12.6 ounces |



## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.